1406

**2014–1431.  State ex rel. Jackson v. Brigano.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.
  Upon consideration of relator's motion for appointment of counsel, it is ordered by the court that the motion is denied.

**2014–0472.  BAC Home Loans Servicing, L.P. v. Countrywide Home Loans Servicing, L.P.**
Marion App. No. 9–13–40, 2014-Ohio-438. This cause is pending before the court as a jurisdictional appeal.
  Upon consideration of appellants' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2014–1421.  State ex rel. Ohio Democratic Party v. Kasich.**
  In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.
  Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.